# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON GUTIERREZ,<br><br>       Petitioner,<br><br>      v.<br><br>FRANCISCO JACQUEZ, Warden,<br><br>       Respondent. | Case No. CV 10-1778-R  (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Adopting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED:   July 7, 2011   

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE